```
Daniel M. Karalash
SBN 176422
Law Office of Daniel M. Karalash
3000 T Street, Suite 203
Sacramento, CA 95814

Tel: (916) 787-1234
Fax: (916) 787-0267
email: dmkaralash@surewest.net

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRIC OF CALIFORNIA

| | |
|---|---|
| ROBIN BOYLE,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTY OF PLACER, PLACER COUNTY PROBATION DEPARTMENT; STEPHEN G. PECOR, in his individual capacity and official capacity as Chief Probation Officer.,<br><br>            Defendants | Case No.: 2:07-CV-00875-FCD-GGH<br><br>ORDER |

It is the order of this court that the above-entitled action be dismissed with prejudice and each party to bear their own fees and costs.

Dated:  November 6, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER